IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR302 |
| vs. | ) | |
| CLAUDE PARKER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [33]. Counsel needs additional time to maximize the possibility of the parties to resolve the matter short of trial or to give the parties needed time to prepare for trial. The court has also communicated with the parties. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [33] is granted, as follows:

1. The jury trial now set for October 24, 2022 is continued to **January 3, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 3, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  October 19, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**